INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500059565
Cashier ID: nmartin
Transaction Date: 12/28/2021
Payer Name: JOHN WILLIAMS
-------------------------------
WRIT OF HABEAS CORPUS
 For: JD RUSSELL
 Amount:         $5.00
-------------------------------
PAPER CHECK
 Check/Money Order Num: 19-347328414
 Amt Tendered:  $5.00
-------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PETITION FOR WRIT OF HABEAS CORPUS.
5:21-CV-1209. RUSSELL V. RAYFORD,
ET AL.
```